### CHARLES BATCHER v. THOMAS FISHER.[1]

April 19, 1907.

Nos. 15,151—(113).

Action for an unpaid balance of rent of a dwelling house amounting to $27.50. The case was tried in the district court for Wadena county before Baxter, J., who at the close of plaintiff's testimony dismissed the case without prejudice. From an order denying a motion for a new trial, plaintiff appealed. Affirmed.

*A. G. Broker*, for appellant.
*G. F. Cashman*, for respondent.

PER CURIAM.

The only question presented on this appeal is whether the evidence offered by plaintiff was sufficient to take the case to the jury; it having been dismissed on the trial when plaintiff rested. A careful examination of the evidence does not, in our judgment, disclose a cause of action against defendant, and the action was rightly dismissed. Plaintiff wholly fails, except by strained inference or conjecture, to connect defendant, with the contract of lease under which recovery is sought, and no right of action was shown.

Order affirmed.

[1] Reported in 111 N. W. 1132.